JAVED I. ELLAHIE [SBN: 063340]
Ellahie & Farooqui LLP
12 S. First St., Suite 600
P. O. Box 1638
San Jose, Ca-95109-1638
Telephone: (408) 294-0404
Fax: 408 294 6659

Attorney for Debtor(s):
Jaime Caudillo Juarez

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Jaime Caudillo Juarez

   Case

Chapter 13
   Number: 09-33617
OBJECTION TO CLAIM AND REQUEST
TO DISALLOW CLAIM

("Objecting Party") objects to the claim of:

| NAME AND ADDRESS OF CLAIMANT | CLM# | DATE FILED | DOLLAR AMOUNT |
|---|---|---|---|
| One West Bank FSB  #<br>McCarthy & Holthus, LLP<br>1770 Fourth Ave.<br>San Diego, CA 92101 | 1 | 10/28/ 2009 | $509,343.62 |

Basis for the objection is as follows:

1) Lack of evidence pertaining to "chain of title".
2) Lack of evidence establishing "standing" to file this claim.
3) Lack of evidentiary documents, receipts and a detailed reasoning regarding the following (as listed in the filed "claim" attachment):
   a. Bankruptcy Fees and Costs *
   b. BPO *
   c. Foreclosure Costs *
   d. Foreclosure Fees *
   e. Inspection Fees *
   f. Total arrears *

   * All the above-listed claims are erroneous because the debtors was/is current on the payments.
4) Claim appears frivolous.

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007, as modified by Local Rule 9014: (1) that any objection to the reques ted relief, or a request for hearing on the matter must be filed an d served on the Objecting Party within twenty (20) days of mailing this notice; (2) that a request for hearing or objection must be accompanied by any declarations or m emoranda of la w the objecting or requesting part y wi shes to present in sup port of its position; (3) that if there is not a tim ely objection to the requested relief or a request for hearing, the court m ay enter an order granting the relief by default; and (4) that the initiating party will give at least the (10) days written notice of hearing to the objecting or req uesting party, and if applicable, to any trustee or committee appointed in this case, in the event an objection or request for hearing is timely made.

The Objecting Party asks the Court to enter an Order that disallows this claim, if no hearing is requested.


Dated: 1/20/2010                                             /s/Javed I. Ellahie


## CERTIFICATE OF MAILING

I, _Leslie Vasquez_, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by 12 S. First St reet, Suite 600, San Jose, CA 95113 . On the date set forth below, I served a copy of this Objection to Claim and Request to Disallow Claim, and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for mailing, where it is d eposited in the ordinary course of business with the U.S. Postal Service by first clas s mail. I declare under pena lty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: 1/21/2010                                             Leslie Vasques


One West Bank FSB
McCarthy & Holthus, LLP
1770 Fourth Ave.
San Diego, CA 92101

One West Bank FSB
6900 Beatrice Drive
Kalamazoo, MI 49009